# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RAMONA BROWN | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 15-29-CG-C |
| LAMBERT'S CAFÉ III, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Lambert's Café III
Registered Agent Craig Jackson
2981 S. McKenzie St.
Foley, AL 36535

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/Daniel Arciniegas/L. William Smith
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC.
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 1/22/2015

CHARLES R. DIARD, JR., CLERK

By: *Mary Ann Boyles*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

SOUTHERN DISTRICT OF ALABAMA
113 St. Joseph Street
Mobile, AL 36602

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐        By personal service on the defendant at _____

_____

☐        By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

_____

_____

☐        By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
      *Date*             *Authorized or Specially Appointed Process Server*

Costs of Service:   Service fee:                                       $
                       Expenses: _____ miles @ _____cents    $_____
                                                       TOTAL $